The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHANIEL GRIER,

Defendant.

No. CR25-101 JCC

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE

The Court has considered the motion to continue the trial date and pretrial motions due date filed by the defense (**Dkt 27**), which the government does not oppose, and has reviewed the facts described in the motion, which the Court finds sufficient to support the following conclusions:

1)      a failure to grant the continuance would result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2)      a failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, considering the exercise of due diligence, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE (*Nathaniel Grier*; CR25-101 JCC) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

3)     the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, given the need for proper investigation, preparation and developing the necessary defenses, as set forth in 18 U.S.C. § 3161(h)(7)(A).

4)     the requested trial date of August 10, 2026, is reasonable and would provide counsel the opportunity to necessarily prepare for trial; and

5)     the period of delay from the date of this motion to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to August 10, 2026, and that pretrial motions shall be filed no later than June 19, 2026

DONE this 17th day of February, 2026.

_John C. Coughenour_

_____
The Honorable John C. Coughenour
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE (*Nathaniel Grier*; CR25-101 JCC) - 2

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401